AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DAVID TROUPE,

*Plaintiff*

v.

CHARLES PEASE, et al.,

*Defendant*

Civil Action No. 4:15-CV-5090-EFS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion for Summary Judgment ECF No. 87 is GRANTED.
Plaintiff's claims regarding the planting of contraband on September 30, 2015, are DISMISSED WITH PREJUDICE; all other claims are DISMISSED WITHOUT PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Edward F. Shea on a motion for summary judgment ECF No. 87.

Date: August 14, 2017

*CLERK OF COURT*

SEAN F. McAVOY

_____
*(By) Deputy Clerk*

s/Sean F. McAvoy